| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------------X<br>KEVIN KAVANAGH, BRENDAN KAVANAGH and<br>ALYSON GALLO, | Docket No.: 17-cv-02790<br><br>**NOTICE OF<br>APPEARANCE** |

Plaintiffs,

- against -

INCORPORATED VILLAGE OF ROCKVILLE CENTRE,
ROCKVILLE CENTRE POLICE DEPARTMENT and
POLICE OFFICER ANTHONY FEDERICO,

Defendants
------------------------------------------------------------------X

**TO:** The Clerk of the Court and all parties of record.

**PLEASE TAKE NOTICE**, that I, MICHAEL O'MALLEY, ESQ, am admitted to practice in the Court and I appear in the above-captioned action as Counsel and attorneys for plaintiff Dwight J. Jackson.

**PLEASE TAKE FURTHER NOTICE,** that all pleadings, notices, exchanges, disclosures, etc., and all correspondence relating to this action must also be served upon DELL & DEAN, PLLC.

Dated: Garden City, NY
       January 19, 2018

Yours, etc.

DELL & DEAN, PLLC
*Attorneys for Plaintiff*

By: /s/ Michael O'Malley
Joseph G. Dell, Esq.(JD-7315)
Michael O'Malley (MO-0317)
1225 Franklin Avenue
Suite 450
Garden City, NY 11530