UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
KEVEN KAVANAGH, BRENDAN KAVANAGH
and ALYSON GALLO,

                              CV-17-2790 (ADS) (AKT)

            Plaintiffs

                              **DISCOVERY STATUS REPORT**

    -against-

INCORPORATED VILLAGE OF ROCKVILLE
CENTRE, ROCKVILLE CENTRE POLICE
DEPARTMENT and POLICE OFFICER
ANTHONY FEDERICO,

           Defendants
------------------------------------------------------------------------X

     Defendant, POLICE OFFICER ANTHONY FEDERICO, by his attorney, WILLIAM P. NOLAN, ESQ., as and for their Discovery Status Report states as follows:

1. Defendant FEDERICO joins in the report filed by Defendants Incorporated Village of Rockville Centre and Rockville Centre Police Department.

2. Plaintiff's have failed to respond to Defendant FEDERICO's demand for Interrogatories and Combined Demands served with the Answer.

Dated: Garden City, New York
       April 24, 2018

                                                WILLIAM P. NOLAN, ESQ. (WPN6977)
                                                Attorney for Defendant
                                                Police Officer Anthony Federico
                                                1103 Stewart Avenue, Suite 200
                                                Garden City, New York 11530
                                                (516) 280-6633

TO: DELL & DEAN
    1225 Franklin Avenue, Suite 450
    Garden City, New York 11530

    HAMMILL, O'BRIEN, CROUTIER
    DEMPSEY, PENDER & KOEHLER, P.C.
    6851 Jericho Turnpike, Suite 250
    Syosset, New York 11791

## **CERTIFICATE OF SERVICE**

I certify that on April 24, 2018, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and or the Eastern District rules of Electronic Service upon the following parties and participants:

DELL & DEAN
1225 Franklin Avenue, Suite 450
Garden City, New York 11530

HAMMILL, O'BRIEN, CROUTIER
DEMPSEY, PENDER & KOEHLER, P.C.
6851 Jericho Turnpike, Suite 250
Syosset, New York 11791

*William P. Nolan*
William P. Nolan

WILLIAM P. NOLAN, ESQ. (WPN6977)
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
(516) 280-6633