

, PLLC

## ATTORNEYS AT LAW

1225 FRANKLIN AVENUE, SUITE 450
GARDEN CITY, NEW YORK 11530
OFFICE 516.880.9700
FAX 516.880.9707

www.D2TrialLaw.com

September 12, 2018

**VIA ECF ONLY**
Honorable Magistrate Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Dear Magistrate Tomlinson:

The undersigned represents the Plaintiffs in the above captioned matter. Please accept this correspondence as an application for an extension of time on all pending discovery deadlines.

As the Court is aware, this matter relates to a criminal proceeding, which in effect, stayed the within litigation for a few months. For purposes of background, a Summons and Complaint was filed in this matter on May 8, 2017. Defendants filed their Answers in August and September of 2017. This matter was stayed as of January 19, 2018 until May 4, 2018 when the parties appeared before Your Honor to enter a new Discovery Schedule.

Once the stay on this matter was lifted, the parties continued with paper discovery. There was a delay in sending authorizations, in part, because Plaintiffs could not recall the names of the physicians they treated with. This in effect, delayed retrieval of some records.

In addition, Plaintiff Alyson Gallo had indicated that she may discontinue her action against Defendant. Early today, the undersigned received written confirmation that Ms. Gallo did not wish to proceed with her case. A stipulation to that effect, as well as to amend the caption to remove Ms. Gallo and Defendant Rockville Centre Police Department has been served on counsel for all Defendants. An executed copy will be filed shortly.

Counsel had a meaningful conversation last week and all parties agreed that an extension on all discovery deadlines would not only be beneficial but necessary. To date, depositions have not been completed, due in part, to the above-mentioned issues and scheduling conflicts.

With Defendants' consent, Plaintiffs respectfully request that the Court extend all discovery deadlines for sixty (60) days.

As it stands the current deadlines are as follows:

- Fact Discovery due September 14, 2018, including IME of Plaintiffs.
- Expert Disclosures due by October 15, 2018.
- Rebuttal Expert Disclosures due by November 30, 2018.
- Expert Depositions due by December 21, 2018.
- Rule 56.1 Statement due by January 21, 2019.
- Rule 56.1 Counterstatement due by February 14, 2019.
- Letter for Pre-Motion Conference due by March 1, 2019.
- Proposed Pre-Trial Order by May 30, 2019.
- Pre-Trial Conference set for June 6, 2019.

If the Court grants Plaintiffs' request for an extension the new deadlines would be as follows (considering weekend dates):

- Fact Discovery due November 14, 2018, including IME of Plaintiffs.
- Expert Disclosures due by December 17, 2018.
- Rebuttal Expert Disclosures due by January 30, 2019.
- Expert Depositions due by February 21, 2018.
- Rule 56.1 Statement due by March 21, 2019.
- Rule 56.1 Counterstatement due by April 15, 2019.
- Letter for Pre-Motion Conference due by May 1, 2019.
- Proposed Pre-Trial Order by July 30, 2019.
- Pre-Trial Conference to be scheduled by Court.

While the undersigned understands and respects the Courts scheduling of this matter and the age of the matter, the undersigned believes there is good cause to extend the deadlines. The parties are working amicably together and have already discussed scheduling of Depositions.

As this request is on consent, Plaintiff respectfully requests that the Court grant Plaintiff's application for a sixty (60) day extension on all present discovery deadlines.

The Courts time and consideration in this matter is greatly appreciated.

Very Truly Yours,
*/s/ Kristen Sinnott*
Kristen N. Sinnott, Esq. (KS-7707)

KS
CC:   Counsel of Record via ECF